UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                    Case No: 6:21-mj-1032-EJK

**ZACHARY BIRMINGHAM**

AUSA: John Gardella
FPD: Karla Reyes

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **January 15, 2021**<br>5:23 P.M.- 5:31 P.M. |
| --- | --- | --- | --- |
| Courtroom: | 4C | TOTAL TIME: | 8 minutes |
| DEPUTY CLERK: | T. LeGros | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | N/A | | |

## CLERK'S MINUTES
## RULE 5C-SUPERIOR COURT OF DISTRICT OF COLUMBIA
## (BENCH WARRANT)

**DEFENDANT ARRESTED ON BENCH WARRANT TODAY.**

Case called, appearances made, procedural setting by the Court.
Government reviews the status of the case.
Defendant requests court appointed counsel; Court appoints FPD; Order to enter.
Continued to next week pending clarification of jurisdiction regarding bench warrant.
Defendant remains in the custody of the USM pending jurisdiction determination.
Court adjourned.